NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CANON INC., CANON U.S.A., INC., CANON VIRGINIA, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ASTER GRAPHICS, INC., JIANGXI YIBO E-TECH COMPANY LIMITED, ASTER GRAPHICS COMPANY, LTD., NINESTAR CORPORATION, NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY COMPANY, LTD., STATIC CONTROL COMPONENTS, INC., PRINT-RITE N.A., INC., UNION TECHNOLOGY INTERNATIONAL (M.C.O.) CO. LTD., PRINT-RITE UNICORN IMAGE PRODUCTS CO. LTD.,**
*Intervenors*

———————————

2019-1950

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1106.

———————————

**JUDGMENT**

———————————

MICHAEL P. SANDONATO, Venable LLP, New York, NY, argued for appellants. Also represented by SETH BOESHORE, DENNIS MCMAHON, ANDREW KUTAS; EDMUND JOHN HAUGHEY, III, Washington, DC.

CLINT A. GERDINE, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

NICOLE A. SAHARSKY, Mayer Brown LLP, Washington, DC, argued for all intervenors. Intervenors Ninestar Corporation, Ninestar Image Tech Limited, Ninestar Technology Company, Ltd., Static Control Components, Inc. also represented by GARY HNATH, BRYAN NESE, MINH NGUYEN-DANG; LEI MEI, EDWARD NAIDICH, Mei & Mark LLP, Washington, DC.

BARBARA A. MURPHY, Foster, Murphy, Altman & Nickel, PC, Washington, DC, for intervenors Aster Graphics, Inc., Jiangxi Yibo E-Tech Company Limited, Aster Graphics Company, Ltd. Also represented by SUSAN KOEGEL.

STEVEN EUGENE ADKINS, McGuireWoods LLP, Washington, DC, for intervenors Print-Rite N.A., Inc., Union Technology International (M.C.O.) Co. Ltd., Print-Rite Unicorn Image Products Co. Ltd. Also represented by BENJAMIN C. HSING, New York, NY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 20, 2020   /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
        Clerk of Court